ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESSE J. BRYANT,<br>#00142314, | * | Civil No. |
| Petitioner, | * | Orig. Crim. No. 92004686DI |
| v. | * | |
| THOMAS L. CARROLL, Warden,<br>DCC Smyrna, | * | 07-688 |
| Respondent. | * | |

FILED 2007 NOV -1 PM 3:13 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Leo John Ramunno, Esq., a member of the Delaware bar, pursuant to Local Rule 83.5, and the attached certification, moves the admission pro hac vice of: Charles Murray, Esq. of Charles A. Murray, P.A. 27499 Riverview Center Blvd., Suite 113, Bonita Springs, Florida 34134-4313 to represent Jesse James Bryant, the Petitioner in this matter.

Leo J. Ramunno, Esq., Delaware Bar No.: 2003
Attorney for the Petitioner
1205 N. King Street
Wilmington, Delaware 19801
302-654-0660 voice
302-577-2496 fax

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local rule 83.5, I certify that I am eligible for admission to this court, I am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, Maryland and Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the court, or if not paid previously, the fee payment will be submitted to the Clerk of the Court upon the filing of this motion.

Date: October 25, 2007

Charles Murray, Esq.
27499 Riverview Center Blvd., Suite 113
Bonita Springs, Florida 34134-4313

1