LAW OFFICES
# CHARLES A. MURRAY, P.A.
27499 RIVERVIEW CENTER BLVD., SUITE 113
BONITA SPRINGS, FLORIDA 34134-4313

07-688 SLR

Licensed to Practice:

State Courts:

State of Florida
State of Maryland
District of Columbia
DC Superior Court
DC Court of Appeals

U.S. District Courts:

Northern District of Florida
Middle District of Florida
Western District of Tennessee
Eastern District of Wisconsin
Western District of Wisconsin
District of Columbia

U.S. Courts of Appeal:

First Circuit
Third Circuit
Fourth Circuit
Fifth Circuit
Sixth Circuit
Seventh Circuit
Eighth Circuit
Ninth Circuit
Tenth Circuit
Eleventh Circuit
DC Circuit

U.S. Court of Federal Claims

U.S. Supreme Court

Various Military Tribunals

Memberships:

National Association of
Criminal Defense Lawyers

Academy of Florida
Trial Lawyers

Association of Trial Lawyers
of America

Association of Federal
Defense Attorneys

Education:

B.S. - U.S.M.A. 1962
J.D. - U. Maryland 1971
M.A. - C.M.U. 1978

November 20, 2007

Clerk of the Court
U.S. District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   Jesse Bryant V. State of Delaware
      Delaware Supreme Court Case No. 159,2007
      Original Criminal Case No. 92-004686-DI
      Verification of Petition For Writ of Habeas Corpus { 2254

To Whom It May Concern:

   Enclosed for filing please find the original and two (2) copies of Mr. Bryant's "Verification."

   I request that you file these documents in your usual way and send me a stamped copy in the enclosed post paid envelope.

   Should you have any questions or concerns, please feel free to contact me.

Sincerely,

Charles A. Murray

Enclosure as stated

FILED

NOV 27 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Telephones 239-649-7773 & 866-349-7486 / Facsimile 239-262-3517
E-mail: Charles@CAMurrayLaw.com