☐ ORIGINAL

## VERIFICATION

The Petitioner herein, Jesse Bryant, hereby declares, verifies and states under penalty of perjury that the facts stated in the foregoing Motion and Memorandum of Law are true and correct to the best of his knowledge and belief.

Executed on November __6th__, 2007, pursuant to 28 U.S.C. § 1746.

*Jesse J. Bryant*
Jesse J. Bryant

STATE OF DELAWARE
COUNTY OF _____

SUBSCRIBED and SWORN to (or affirmed) before me by Jesse J. Bryant, this __6th__ day of November, 2007.

____ Personally known to me
✓ Produced identification
Type if ID __Prison Photo I.D.__

*Timothy J. Martin*
Notary Public (Signature)
Notary Public (Seal) Timothy T. Martin
Expires: June 14, 2008



FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE