D.I. # _____

# CIVIL ACTION
# NUMBER: _____07CV688 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

