D.I. #_____

## CIVIL ACTION NUMBER: 07CV 688SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

