United States District Court
For the District of Delaware

**FILED**
FEB -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv688-SLR

Scanned

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

07-688-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) M. LAMORS   C. Date of Delivery 2/7/08<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>**WARDEN PERRY PHELPS**<br>**DELAWARE CORRECTIONAL CENTER**<br>**1181 PADDOCK ROAD**<br>**SMYRNA, DE 19977** | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 3006 5959 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |