IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JESSE JAMES BRYANT**, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civ. Act. No. 07-688-SLR |
| ) | |
| **PERRY PHELPS**, Warden, and ) | |
| the **ATTORNEY GENERAL OF** ) | |
| **THE STATE OF DELAWARE**, ) | |
| ) | |
| Respondents ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

Respondents submit herewith certified copies of the following Delaware Supreme Court records:

1. Del. Supr. Ct. No. 347, 1979:

    a. Appellant's Opening Brief

    b. State's Answering Brief

    c. Order (Dec. 22, 1980)

    d. Superior Court's Findings of Fact and Conclusions of Law (Mar. 13, 1981)

    e. Appellant's Comment on Findings of Court Below

    f. Letter, dated May 6, 1981, from Ralph Durstein, Esq. to Chief Deputy Clerk

    g. Order (Nov. 13, 1981).

2. Del. Supr. Ct. No. 253, 1992:

    a. Appellant's Corrected Opening Brief

    b. State's Answering Brief

    c. Order (Jan. 8, 1993)

3. Del. Supr. Ct. No. 159, 2007:

   a. Appellant's Amended Opening Brief and Appendix

   b. State's Motion to Affirm

   c. Order (July 18, 2007)

/s/ Loren C. Meyers
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210

March 17, 2008

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on March 18, 2008,

1. He electronically filed the attached document (Notice of Filing of State Court Records) with the Clerk of the District Court using CM/ECF which will send notification of the filing to the following registered participants:

Leo John Ramunno, Esq.
1205 N. King St.
Wilmington, DE  19801
leojohnramunno@cavtel.net.

2. He caused one copy of the state court documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to Leo John Ramunno, Esq.

Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8844
Del. Bar ID 2210
loren.meyers@state.de.us